IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Hystad Ceynar Minerals, LLC, on behalf of itself and a class of similarly situated persons, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER FOR ENTRY OF JUDGMENT** |
| vs. | ) ) | |
| Whiting Oil and Gas Corporation, | ) ) | Case No. 1:22-cv-138 |
| Defendant. | ) | |

Before the Court is Defendant Whiting Oil and Gas Corp.'s and Hystad Ceynar Minerals, LLC's Motion for Entry of Judgment Pursuant to a Rule 68 Offer of Judgment accepted by the plaintiffs. After carefully considering the motion and associated exhibits, the Court **GRANTS** the motion (Doc. No. 39). Pursuant to Fed.R.Civ.P. 68(a), it is **ORDERED** that the Clerk of Court enter judgment as follows:

1. Judgment is entered in favor of Plaintiff in the amount of seven thousand five hundred dollars ($7,500.00);

2. Plaintiff is awarded reasonable court costs in an amount to be determined by the Court on an appropriate motion; and

3. Plaintiff is awarded reasonable attorney's fees in an amount to be determined by the Court on an appropriate motion.

Judgment shall be entered pursuant to an accepted offer of judgment under Federal Rule of Civil Procedure 68, and shall not be construed as either an admission that Whiting Oil and Gas Corporation is liable in this action, or that Plaintiff has suffered any damage. The judgment shall fully and finally resolve all of the Plaintiff's claims in this action, including without limitation any and all claims for compensatory damages, statutory damages, attorney's fees, litigation expenses and costs of suit.

Pursuant to Rule 54(d), it is further **ORDERED** that Plaintiff shall file any motion for costs and attorney's fees no later than April 11, 2025. Whiting shall file its response to such motion by May 2, 2025. Plaintiff shall file its reply memorandum in further support of such motion by May 23, 2025.

**IT IS SO ORDERED.**

Dated this 17th day of March, 2025

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court