Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Hystad Ceynar Minerals, LLC, on behalf of itself
and a class of similarly situated persons,

       Plaintiff,

vs.

Whiting Oil and Gas Corporation,

       Defendant.

JUDGMENT IN A CIVIL CASE

Case No.   1:22-cv-138

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**.  This action came before the Court on motion.  The issues have been considered and a decision rendered.

☐ **Stipulation**.  This action came before the court on motion of the parties.  The issues have been resolved.

☐ **Dismissal**.  This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed March 17, 2025 Judgment is entered in favor of Plaintiff in the amount of seven thousand five hundred dollars ($7,500.00); Plaintiff is awarded reasonable court costs in an amount to be determined by the Court on an appropriate motion; and Plaintiff is awarded reasonable attorney's fees in an amount to be determined by the Court on an appropriate motion.

Date: March 17, 2025

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Melissa Fischer, Deputy Clerk*