## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## WESTERN DIVISION

| | |
|---|---|
| HYSTAD CEYNAR MINERALS, LLC, on behalf of itself and a class of similarly situated persons, | ) ) ) ) |
| **Plaintiff,** | ) Civil Action No.: 1:22-cv-00138-CRH ) ) |
| v. | ) ) |
| WHITING OIL and GAS CORPORATION | ) ) ) |
| **Defendant.** | ) ) ) |

## SATISFACTION OF JUDGMENT AND COSTS

The undersigned, Seth K. Jones, as attorney of record on behalf of Plaintiff Hystad Ceynar Minerals, LLC ("Plaintiff"), hereby states as follows:

1. On March 17, 2025, the Court granted Plaintiff's and Defendant Whiting Oil and Gas Corporation's ("Defendant") Motion for Entry of Judgment Pursuant to a Rule 68 Offer of Judgment. ("Judgment") (ECF No. 42).

2. The Judgment was entered in favor of Plaintiff in the amount of $7,500. (ECF No. 42)

3. The Judgment, in the amount of $7,500, has been satisfied.

4. The Judgment also awarded Plaintiffs' reasonable costs and attorneys' fees in "an amount to be determined by the Court on an appropriate motion." (ECF No. 42).

5. Plaintiff and Defendant subsequently entered into a settlement agreement regarding the appropriate amount of Plaintiff's attorneys' fees and costs.

6.     Through the settlement agreement, the Court's award of the Plaintiff's reasonable attorneys' fees and costs has been satisfied.

7.     Therefore, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of full and complete satisfaction on the docket of the Judgment.

DATED: June 12, 2025                                Respectfully submitted,

/s/Seth K. Jones
George A. Barton (Mo. Bar No. 26249)
Seth K. Johnes (KS Bar No. 26262)
Stacy A. Burrows (CO Bar No. 49199)
BARTON AND BURROWS, LLC
5201 Johnson Drive, Suite 110
Mission, Kansas  66205
Phone: (913) 563-6250
george@bartonburrows.com
seth@bartonburrows.com
stacy@bartonburrows.com

Joshua A. Swanson (Bar ID #06788)
VOGEL LAW FIRM
218 NP Avenue
P.O. Box 1389
Fargo, North Dakota 58107-1389
Phone: (701) 237-6983
jswanson@vogellaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of June 2025, a true and correct copy of the foregoing was served via the Court's e-filing system on all counsel of record.

/s/Seth K. Jones